UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DOROTHY K. MARTIN,** | CIVIL ACTION |
| Plaintiff | |
| vs. | JURY TRIAL DEMANDED |
| **AVANT PUBLICATIONS, LLC d/b/a TIMES LEADER d/b/a TIMES LEADER MEDIA GROUP,** | **THE HONORABLE ROBERT D. MARIANI, JUDGE** |
| Defendant | NO.: 3:22-CV-00276 |

### DEFENDANT'S MOTION TO DISMISS COMPLAINT

The Defendant, **AVANT PUBLICATIONS, LLC, d/b/a TIMES LEADER d/b/a TIMES LEADER MEDIA GROUP**, by and through its legal counsel, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby files this Motion to Dismiss the Complaint in the above-captioned matter.  The grounds for dismissal will be fully outlined and explained in a Memorandum of Law in support of this Motion.  The Defendant requests oral argument on the Motion to Dismiss.

Respectfully submitted,
**VINSKO & ASSOCIATES, P.C.**

_____
**WILLIAM E. VINSKO, JR., ESQUIRE**
Atty. ID:  87739
**BRIAN M. VINSKO, ESQUIRE**
Atty. ID:  210215
37 North River Street
Wilkes-Barre, PA  18701
Phone:  (570) 970-9700
Facsimile: (570) 970-9711
wvinsko@vinsko.com
bmvinsko@vinsko.com

ATTORNEYS FOR DEFENDANT
**AVANT PUBLICATIONS, LLC et. al.**

Dated:        **APRIL 25, 2022**