IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOROTHY K. MARTIN,<br>      Plaintiff | : | No. 3:22cv276 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| AVANT PUBLICATIONS, LLC d/b/a | : | |
| TIMES LEADER d/b/a TIMES LEADER | : | |
| MEDIA GROUP, | : | |
|       Defendant | : | |

······················································································································

## ORDER

**AND NOW**, to wit, this 30 day of May, 2024, for the reasons set forth in the accompanying memorandum, Defendant Avant Publications, LLC d/b/a Times Leader d/b/a Times Leader Media Group's motion to dismiss plaintiff's complaint (Doc. 7) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court